IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARRIE GALLAGHER, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>CHARTER FOODS, INC.; CHARTER CENTRAL, LLC; and CHARTER FOODS NORTH, LLC,<br><br>　　　　　　　　Defendants. | Case No. 2:20-cv-00049-RJC |

**JOINT MOTION FOR APPROVAL OF SETTLEMENT**

Plaintiff, Carrie Gallagher, and Defendants, Charter Foods, Inc., Charter Central, LLC, and Charter Foods North, LLC (collectively, "the Parties") respectfully move this Court for entry of an Order:

(1)　approving the settlement set forth in the Parties' Collective Action Settlement Agreement and Release ("Agreement"), attached as Exhibit 1 to the Declaration of Jason Conway;

(2)　approving the distribution of payments to: (a) Plaintiff and the members of the Assistant Manager ("AM") collective (as defined in the Agreement); (b) the service award recipients; (c) the Settlement Administrator, Analytics Consulting, LLC; and (d) Plaintiff's counsel for attorney's fees, costs, and reimbursement of reasonable out-of-pocket expenses;

(3)　dismissing this action with prejudice; and

(4)　retaining jurisdiction over this matter for six (6) months for the limited purpose of enforcing the Settlement Agreement.

The settlement satisfies all criteria for approval of a Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* collective action because it resolves a *bona fide* dispute between the Parties and was reached following a mediation and several weeks of arm's-length settlement negotiations involving counsel well-versed in employment law.

Dated: July 14, 2023                    Respectfully submitted,

*s/ Jason Conway*
Jason Conway (PA 317113)
**CONWAY LEGAL, LLC**
1700 Market Street, Suite 1005
Philadelphia, PA 19103
Telephone: (215) 278-4782
Fax: (215) 278-4807
jconway@conwaylegalpa.com

Daniel C. Levin (PA 80013)
**LEVIN, SEDRAN & BERMAN LLP**
510 Walnut Street, Ste. 500
Philadelphia, PA 19106
Telephone: (215) 592-1000
Fax: (215) 592-4663
dlevin@lfsblaw.com

*Attorneys for Plaintiff and the AM Collective*

*s/ Matthew McCullough (w/ permission)*
Matthew W. McCullough (PA 46950)
Jamie R. Schumacher (PA 318873
**MacDONALD, ILLIG, JONES & BRITTON LLP**
100 State Street, Suite 700
Erie, Pennsylvania 16507-1459
Telephone: (814) 870-7602
Fax: (814) 454-4647
mmccullough@mijb.com
jschumacher@mijb.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I certify that, on July 14, 2023, I caused a true and correct copy of the aforementioned document to be served on all counsel of record in this matter through operation of the Court's CM/ECF system.

*s/ Jason Conway*
Jason Conway