IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARRIE GALLAGHER, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>                v.<br><br>CHARTER FOODS, INC.; CHARTER CENTRAL, LLC; and CHARTER FOODS NORTH, LLC,<br><br>                Defendants. | Case No. 2:20-cv-00049-RJC |

**ORDER GRANTING MOTION FOR APPROVAL OF SETTLEMENT**

AND NOW, this 4th day of August, 2023, after consideration of the Parties' Joint Motion for Approval of Settlement, and the Court having reviewed said Motion and being duly advised in the premises, now finds that the Motion should be **GRANTED**. It is accordingly **ORDERED** that:

    1.    Pursuant to 29 U.S.C. § 216(b), the settlement is a fair and reasonable resolution of a *bona fide* dispute between the Parties and is **APPROVED**.

    2.    The Court **APPROVES** payment of the Gross Fund (as that term is defined in the Collective Action Settlement Agreement and Release ("Agreement")), including the payment of service awards to the Named Plaintiff and Representative Discovery Opt-Ins and the fees and expenses of the Settlement Administrator, Analytics Consulting, LLC, and **GRANTS** Named Plaintiff's Counsel's request for payment of attorney's fees, costs, and expenses. Such sums shall be paid and distributed in accordance with the terms of the Agreement.

    3.    This action is dismissed with prejudice. The Court shall retain jurisdiction over

this matter for six (6) months for the limited purpose of enforcing the Settlement Agreement.

                                          BY THE COURT:

                                          *s/Robert Colville*
                                          Robert J. Colville
                                          United States District Judge